JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

William R. Pletcher  (212664)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JOSE SANTIAGO SANDOVAL- ) <br> MARTINEZ, ) <br> ) <br>    Defendant. ) | No. CR10-00539 DLJ <br><br> ORDER RE: EXCLUDABLE TIME PURSUANT TO THE SPEEDY TRIAL ACT <br><br> Date:   July 19, 2010 <br> Time:   10:00 a..m. <br> Court:  Hon. Donna M. Ryu |

     Defendant Jose Santiago Sandoval-Martinez appeared at a status conference before the Court on July 19, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from July 19, 2010 to August 20, 2010.  The parties agreed, and the Court found and held, as follows:

     1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

ORDER RE: TIME EXCLUSION
CR-10-00539-DLJ

2.      Given these circumstances, the Court found that the ends of justice served by excluding the period from July 19, 2010 to August 20, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Jose Santiago Sandoval-Martinez, the period from July 19, 2010 to August 20, 2010, is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: July 23, 2010

_____
DONNA M. RYU
United States Magistrate Judge

Approved As To Form:

    /s/
WILLIAM R. PLETCHER
Special Assistant United States Attorney
Counsel for United States

    /s/
ANGELA HANSEN
Assistant Federal Public Defender
Counsel for Defendant Jose Santiago Sandoval-Martinez

ORDER RE: TIME EXCLUSION
CR-10-00539-DLJ                                   -2-